# Court of Appeals, State of Michigan

## ORDER

William Sim Spencer v Department of State Police/Director
Timothy Wayne McClelland v Department of State Police/Director

Docket No. 341769; 341777

LC No. 16-000274-MZ; 16-000311-MZ

Mark J. Cavanagh
Presiding Judge

Jane E. Markey

Anica Letica
Judges

The Court orders that the October 9, 2018 opinion is hereby AMENDED to correct a clerical error. On page one, second paragraph, the first sentence is corrected to read: Plaintiffs are convicted sex offenders whose offenses occurred in 1994 and 2001, respectively.

In all other respects, the October 9, 2018 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

OCT 1 8 2018
_____
Date

_____
Chief Clerk